**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

THURSTON D. MCCULLOUGH *et al.*                                                PLAINTIFFS

V.                                      3:14CV00204 KGB/HDY

LAWRENCE *et al.*                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

> 3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiffs Thurston D. McCullough, Sammy Oliver, Brysan Young, Dennis Johnson, Derrick Hale, and Ronnie Purcell, filed a *pro se* complaint on August 20, 2014. On August 21, 2014, the Court entered an order directing Plaintiffs to submit the full $400.00 filing and administrative fees, or to each file an application for leave to proceed *in forma pauperis* (docket entry #2). That order also directed each Plaintiff to file an amended complaint specifying the allegations relating to them, and warned Plaintiffs that their failure to comply would result in the recommended dismissal of their claims.

The filing and docketing fees were not paid, but Hale, Young, and McCullough, filed motions for leave to proceed *in forma pauperis*. Hale's and Young's motions were denied as incomplete, and McCullough's was granted, in an order entered on September 25, 2014 (docket entry #14). That order directed Hale and Young to pay the filing and administrative fees, or to file a fully completed application for leave to proceed *in forma pauperis* within 30 days, and again warned them that their failure to comply would result in the recommended dismissal of their claims.

Neither Hale nor Young has filed a fully completed *in forma pauperis* application, or paid the filing and administrative fees.  Neither Hale, Young, nor McCullough, has filed an amended complaint as ordered.  Mail sent to Young and McCullough has recently been returned as undeliverable (docket entries #9-#10, #17, #19, & #21).  Plaintiff Oliver has previously moved for the dismissal of his claims, Purcell has not responded to the Court's orders in any manner, and Johnson has filed a statement indicating that he is only a witness (docket entry #3).  Accordingly, this complaint should be dismissed without prejudice.  Oliver's claims should be dismissed as previously recommended (docket entry #13).  The claims of Young, Johnson, Hale, and Purcell, should be dismissed for failure to pay the filing fee, and failure to file an amended complaint as ordered.  McCullough's claims should be dismissed due to his failure to file an amended complaint as ordered, failure to comply with Local Rule 5.5(c)(2), and failure to prosecute.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.   Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE..

2.   The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   29   day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE