**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**THURSTON D. MCCULLOUGH,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                        **Case No. 3:14-cv-00204 KGB**

**LAWRENCE,** *et al.*                                                                                         **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United Sates Magistrate Judge H. David Young concerning plaintiff Sammy Oliver's motion to dismiss (Dkt. No. 13). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court grants Mr. Oliver's motion to dismiss (Dkt. No. 7) and dismisses without prejudice Mr. Oliver's claims.

The Court has also reviewed Judge Young's Proposed Findings and Recommendations recommending dismissal of the remaining plaintiffs' complaint (Dkt. No. 22). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.     The Court dismisses without prejudice plaintiffs' complaint.

2.     The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE