# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**THURSTON D. MCCULLOUGH,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                                    **3:14CV00204 KGB**

**LAWRENCE,** *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 20th day of May, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE